# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JOEL DUDLEY, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTIONAL PROJECT SUPPORT, INC. and WILLIAM GARDNER<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 1:19-cv-984<br>GBW/SMV<br><br><br>CLASS ACTION COMPLAINT<br>JURY DEMANDED |

## Order Granting Extension of Time to File Answer or Other Responsive Pleading to Plaintiff's Original Complaint

Came on to be heard Defendants Directional Project Support, Inc. and William Gardner Unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading to Plaintiff's Original Complaint. The Court has decided to GRANT the motion. It is therefore,

ORDERED that the deadline for Defendants Directional Project Support, Inc. and William Gardner to file their answer or other responsive pleading to Plaintiff's Original Complaint is extended until March 9, 2020.

_____
Hon. Judge

_March 10, 2020_
Date

Approved and entry requested and submitted by:

SUTHERLAND LAW FIRM, LLC

BY: /s/ C. William Sutherland
    C. William Sutherland
    NM Federal Bar No.: 9mc5-74
    bill@sutherlandlegal.net
    1485 N. Main St., Suite C
    Las Cruces, NM 88001
    Telephone: 575-708-9000
    Facsimile: 866-235-0023


HANSZEN LAPORTE, LLP

By: */s/ Anthony L. Laporte*
    Anthony L. Laporte
    State Bar No. 00787876
    alaporte@hanszenlaporte.com
    14201 Memorial Drive
    Houston, Texas 77079
    Telephone: (713) 522-9444
    Facsimile: (713) 524-2580

***ATTORNEY FOR DEFENDANTS***


Electronically Approved 3/9/2020

FORESTER HAYNIE PLLC

By: /s/Jay Forester
    Jay Forester
    TX Bar No. 24087532
    400 N St Paul St, Ste 700
    Dallas, TX 75201
    Telephone: (214) 210-2100
    Facsimile: (214) 346-5909
    jay@foresterhaynie.com

***ATTORNEY FOR PLAINTIFFS***